E-filing

| | |
|---|---|
| 1  **Jeffrey C. Cannon, Esq.**  State Bar No. 158022<br>CANNON BUSINESS LAW GROUP, P.C.<br>2  801 10th Street<br>7th Floor, Suite 2<br>3  Modesto, CA 95354<br>Telephone: (209) 550-5690<br>4  Facsimile:  (209) 550-5691 | **FILED**<br>OCT 1 7 2005<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

Attorneys for Defendants SUTTER RIDGE
VINEYARD; SUTTER CREEK VINEYARDS, LLC;
JOHN L. BREE; and JOHN H. BREE II

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUTTER HOME WINERY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SUTTER RIDGE VINEYARD, a<br>California partnership, SUTTER CREEK<br>VINEYARDS, LLC, JOHN L. BREE,<br>JOHN H. BREE II,<br><br>Defendants. | CASE NO. C 05 03322 MJJ<br><br>**STIPULATION FOR EXTENSION OF<br>TIME TO FILE ANSWER** |

THE PARTIES HEREIN, by and through their respective counsel, hereby stipulate that Defendants herein shall be granted an extension of time to file their answer in the above-entitled action, such answer to be filed with the court on or before Tuesday, October 11, 2005.

IT IS SO STIPULATED.

Dated: October 6, 2005                DICKENSON, PEATMAN & FOGARTY


                                      /s/     J. Scott Gerien
                                      J. Scott Gerien, Esq.
                                      Attorneys for Plaintiff SUTTER HOME WINERY,
                                      INC.

---

STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER
SUTTER HOME WINERY vs. SUTTER RIDGE VINEYARD, et al.
United States District Court,
Northern District Case No. C 05 03322 MJJ         Page -1-

1  Dated: October 7, 2005                CANNON BUSINESS LAW GROUP, P.C.

2

3                                          /s/ Jeffrey C. Cannon
                                        Jeffrey C. Cannon, Esq.
4                                       Attorney for Defendants SUTTER RIDGE
                                        VINEYARD, a California partnership, SUTTER
5                                       CREEK VINEYARDS, LLC, JOHN L. BREE, and
                                        JOHN H BREE II
6

7

8

9

10

11

12

13                                              IT IS SO ORDERED

14

15                                        _____
16                                              MARTIN J. JENKINS
                                          UNITED STATES DISTRICT JUDGE
17                                              10/15/2005
18                                              DATE

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER
SUTTER HOME WINERY vs. SUTTER RIDGE VINEYARD, et al.
United States District Court,
Northern District Case No. C 05 03322 MJJ         Page -2-